# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

WILLIAM ROWELL
v.
FRANCONIA MINERALS CORPORATION
a foreign corporation

Case Number:

FILED: MAY 02, 2008
08CV2517        TC
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FRANCONIA MINERALS CORPORATION
a foreign corporation

| | |
|---|---|
| NAME (Type or print) | |
| DAVID J. FISH | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ DAVID J. FISH | |
| FIRM | |
| THE FISH LAW FIRM, P.C. | |
| STREET ADDRESS | |
| 1770 N. PARK STREET, SUITE 202 | |
| CITY/STATE/ZIP | |
| NAPERVILLE, IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6269745 | (630) 355-7590 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |