IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL, <br><br> Plaintiff, <br><br> v. <br><br> FRANCONIA MINERALS CORPORATION, a foreign corporation <br><br> Defendant. | Case No. <br><br> FILED: MAY 02, 2008 <br> 08CV2517    TC <br> JUDGE CASTILLO <br> MAGISTRATE JUDGE BROWN |

### NOTICE OF FILING NOTICE OF REMOVAL

TO:   Keith L. Davidson
Law Offices of Keith L. Davidson
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

PLEASE TAKE NOTICE that on May 2, 2008 the attached Notice of Removal was filed with the United States District Court of the Northern District of Illinois, Eastern Division. A copy is hereby served upon you by First Class mail and electronic mail.

Dated May 2, 2008         FRANCONIA MINERALS CORPORATION

                    By:   /s/ David J. Fish_____
                          One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Notice of Removal** on the following party via First Class Mail and electronic mail as indicated on the 2nd day of May, 2008:

Keith L. Davidson
Law Offices of Keith L. Davidson
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

By:  /s/ David J. Fish
One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590