# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2517 | **DATE** | 5/5/2008 |
| **CASE TITLE** | William Rowell vs. Franconia Minerals Corporation | | |

**DOCKET ENTRY TEXT**

After careful review, this recently removed state court complaint is dismissed without prejudice to the filing of an appropriate amended federal complaint or a timely motion to remand.  The parties are requested to exhaust all settlement possibilities prior to filing any further pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|