IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2517 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCONIA MINERALS CORPORATION, | ) | |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

TO:   Keith L. Davidson
      Law Offices of Keith L. Davidson
      Two North LaSalle Street, Suite 1600
      Chicago, IL 60602

PLEASE TAKE NOTICE that on May 2, 2008, Defendant filed a Notice of Removal with the United States District Court of the Northern District of Illinois, Eastern Division.  The Certificate of Service for the Notice of Removal stated that it was served (via email and United States Mail) upon opposing counsel on May 2, 2008.  While it was served via United States Mail on May 2, 2008, it was not served via email until May 5, 2008.

Dated May 6, 2008                    FRANCONIA MINERALS CORPORATION


                                     By:   /s/ David J. Fish_____
                                           One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Amended Certificate Of Service** on the following party via First Class Mail and electronic mail as indicated on the 6th day of May, 2008:

Keith L. Davidson
Law Offices of Keith L. Davidson
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

By: /s/ David J. Fish_____
One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590