IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08 CV 2517 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCONIA MINERALS CORPORATION, | ) | |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

TO:   Keith L. Davidson
    Law Offices of Keith L. Davidson
    Two North LaSalle Street, Suite 1600
    Chicago, IL 60602

PLEASE TAKE NOTICE that on May 6, 2008 the attached Amended Certificate of Service was filed with the United States District Court of the Northern District of Illinois, Eastern Division.  A copy is hereby served upon you by First Class mail and electronic mail.

Dated May 6, 2008            FRANCONIA MINERALS CORPORATION


                    By:    /s/ David J. Fish_____
                        One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590

**CERTIFICATE OF SERVICE**

    The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Amended Certificate of Service** on the following party via First Class Mail and electronic mail as indicated on the 6th day of May, 2008:

    Keith L. Davidson
    Law Offices of Keith L. Davidson
    Two North LaSalle Street, Suite 1600
    Chicago, IL 60602

                                By: /s/ David J. Fish_____
                                One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590