IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2008 CV 2517 |
| | ) | |
| v. | ) | Judge Castillo |
| FRANCONIA MINERALS CORPORATION | ) | Magistrate Judge Brown |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendant, Franconia Minerals Corporation (hereafter "Franconia") states as follows in support of its Motion for an Extension of Time To Respond to the Amended Complaint:

1. Defendant Franconia respectfully requests an extension of time, until June 16, 2008, to respond to the Amended Complaint.

2. The purpose of the extension is to allow Franconia's counsel to fully investigate the Amended Complaint's allegations to make an appropriate response.

WHEREFORE, Defendant respectfully requests that it be provided until June 16, 2008 to respond to the Amended Complaint.

Dated May 9, 2008               FRANCONIA MINERALS CORPORATION

                                By:   /s/ David J. Fish
                                      One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590