IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | Case No.    08 CV 2517 |
| | ) | |
| v. | ) | |
| | ) | Judge Castillo |
| FRANCONIA MINERALS CORPORATION, | ) | |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF MOTION

TO:   Keith L. Davidson
       Law Offices of Keith L. Davidson
       Two North LaSalle Street, Suite 1600
       Chicago, IL 60602

PLEASE TAKE NOTICE that on May 14, 2008 at 9:45 a.m. I shall present the attached Unopposed Motion for an Extension of Time To Respond to the Amended Complaint before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

Dated May 9, 2008            FRANCONIA MINERALS CORPORATION


                          By:   /s/ David J. Fish
                                 One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590

## **CERTIFICATE OF SERVICE**

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached Unopposed Motion for an Extension of Time To Respond to the Amended Complaint on the following party via electronic mail on May 9, 2008.

Keith L. Davidson
Law Offices of Keith L. Davidson
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

                        FRANCONIA MINERALS CORPORATION

                        By:  /s/ David J. Fish
                        One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590