**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

William Rowell
                                   Plaintiff,

v.                                           Case No.: 1:08−cv−02517
                                                   Honorable Ruben Castillo

Franconia Minerals Corporation
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2008:

       MINUTE entry before Judge Honorable Ruben Castillo:Defendant's motion for an extension of time to respond to the amended complaint [9] is granted. Defendant to answer or otherwise plead to the complaint on or before 6/16/2008. The parties are directed to file a joint status report on or before 6/19/2008. The Court will hold a settlement conference in chambers on 6/24/2008 at 2:00 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.