

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 13 2008
MAY 13 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM ROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 CV 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

PLEASE TAKE NOTICE that on May 20, 2008 at 9:45 a.m. I shall present the enclosed **Plaintiff's Motion A) For Leave to File Limited Written Discovery and; B) To Require Defendant to Respond to Said Written Discovery By June 16; and C) To Require Defendant to File Any *Forum Non Conveniens* Motion or Motion to Transfer Venue by June 16** before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

By: _____
Attorney for Plaintiff

Keith L. Davidson
Law Offices of Keith L. Davidson
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCONIA MINERALS CORPORATION, )<br>a foreign corporation )<br>)<br>Defendant. )<br>) | Case No. 08 CV 2517<br>Judge Castillo<br>Magistrate Judge Brown |

## CERTIFICATE OF SERVICE

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

I certify that I served the foregoing **Plaintiff's Motion A) For Leave to File Limited Written Discovery; and B) To Require Defendant to Respond to Said Written Discovery By June 16; and C) To Require Defendant to File Any** *Forum Non Conveniens* **Motion or Motion to Transfer Venue by June 16** to all counsel of record by sending copies to the above-named attorney at the above-stated address by depositing the same in the U.S. mail at 2 N. LaSalle Street, Chicago, Illinois by 12:00 p.m. on May 14, 2008 with proper postage prepaid.

By: _____
Attorney for Plaintiff

Keith L. Davidson
Law Offices of Keith L. Davidson
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
312/419-0544