UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

William Rowell
                                         Plaintiff,

v.                                                                   Case No.: 1:08−cv−02517
                                                                         Honorable Ruben Castillo

Franconia Minerals Corporation
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

       MINUTE entry before Judge Honorable Ruben Castillo:Plaintiff's motion for leave to file limited written discovery; to require defendant to respond to said written discovery by June 16; and to require defendant to file any forum non conveniens motion or motion to transfer venue by June 16 [14] is granted. Motion hearing set for 5/20/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.