IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL )<br> )<br>  Plaintiff, )<br> )<br> v. )<br> )<br> FRANCONIA MINERALS CORPORATION, )<br> a foreign corporation )<br> )<br>  Defendant. )<br> ) | No.  08 C 2517<br>Judge Castillo<br>Magistrate Brown |

## NOTICE OF FILING

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

PLEASE TAKE NOTICE that on May 14, 2008 the attached **Plaintiff's Interrogatories to Defendant Franconia Minerals Corporation** was filed with the United States District Court of the Northern District of Illinois, Eastern Division.

                                         By: /s Keith L. Davidson
                                             Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIOM ROWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

TO:  David J. Fish
    The Fish Law Firm, P.C.
    1770 N. Park Street, Suite 202
    Naperville, IL 60563

I certify that on May 14, 2008, I served the foregoing **Plaintiff's Interrogatories to Defendant Franconia Minerals Corporation** to all counsel of record by sending copies to the above-named attorney by electronic mail.

By: /s Keith L. Davidson_____
Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.  08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

# PLAINTIFF'S INTERROGATORIES TO DEFENDANT FRANCONIA MINERALS CORPORATION

1. State the full name and address of the person answering and, if different, the full name and address of the individual signing the answers.

2. Attached hereto is a copy of a March 6, 2008 facsimile to plaintiff from defendant's President and CEO, Brian Gavin, wherein it is asserted that "On March 4, 2007, you advised the Corporation that you were terminating your services under your consulting agreement with the Corporation."  With respect to the advice referred to in said facsimile, please:

    a) State whether plaintiff communicated said advice to the Corporation in writing and, if so, state a), whether he did so by letter and/or by any other method; b), the date of each such written communication; c), the date on which each such written communication was received by the Corporation; and d), attach a copy of each such written communication to your answer to these interrogatories.

b) Was said advice given to the Corporation orally, instead of or in addition to being given to the Corporation in writing? If so, state a), the date and time when each said conversation took place; b), the name and address of each person to whom plaintiff orally communicated said advice; c), the name and address of each person who claims to have heard the plaintiff orally communicate said advise; d), the name and address of each person who was present when the plaintiff gave such advice; e). whether the plaintiff gave said advice in person or by telephone; and f), and state as accurately as you can everything the plaintiff said in giving said advice.

3. Apart from the facts asserted in Mr. Gavin's March 6, 2008 facsimile, state any additional facts that you contend demonstrate, or contribute to demonstrate, that plaintiff is not entitled to the relief claimed in his complaint.

4. State the full name and address, and the last known residence address, of each person who claims to have knowledge of any facts stated in answer to the preceding interrogatory, and state which of said facts each said person claims to have knowledge of, and state the source of each said person's knowledge thereof.

5. Was any internal letter, memorandum, or electronic record created or sent or filed that memorialized plaintiff's March 4, 2007 advice to the Corporation that he was terminating his services to the Corporation? If so, state the name of the author(s), the name of the recipient(s), and the date of each said item; and attach a copy of each item to your answer to these interrogatories.

                                          /s Keith L. Davidson_____
                                              Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
Two North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 419-0544

No. 08 C 2517
Judge Castillo
Magistrate Brown

# Exhibit A



111 E. Magnesium Road, Suite A
Spokane, WA 99208
E-mail: franconia@franconiaminerals.com
Tel: (509) 340 1328
Fax: (509) 696 9680

March 6, 2008

**VIA FACSIMILE**
William Rowell
955 Ringwood Road North
Lake Forest, IL 60045
U.S.A.

Dear Sir:

**Re:     Stock Options**

We acknowledge the receipt of your notification to exercise 70,000 options to acquire 70,000 common shares of Franconia Minerals Corporation (the "Corporation") at a exercise price per share of Cdn $0.40 represented by an option agreement dated August 19, 2004 (the "Option Agreement". Please be advised that your options have expired pursuant to section 3.2 of the Option Agreement. On March 4, 2007 you advised the Corporation that you were terminating your services under your consulting agreement with the Corporation. Thus, pursuant to the Option Agreement, your options expired 90 days from the end of the 30 day termination notice period called for in Section 8 of the consulting agreement. The options covered by the Option Agreement dated November 23, 2006 have also expired pursuant to the same provision found in that agreement.

Yours truly,

**Brian Gavin, President and CEO**
**FRANCONIA MINERALS CORPORATION**