IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  08 C 2517 |
| FRANCONIA MINERALS CORPORATION, | ) | Judge Castillo |
| a foreign corporation | ) | Magistrate Brown |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

PLEASE TAKE NOTICE that on May 14, 2008 the foregoing **Plaintiff's Production Request to Defendant Franconia Minerals Corporation** was filed with the United States District Court of the Northern District of Illinois, Eastern Division.

                                        By: /s Keith L. Davidson_____
                                            Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

TO:   David J. Fish
        The Fish Law Firm, P.C.
        1770 N. Park Street, Suite 202
        Naperville, IL 60563

I certify that on May 14, 2008, I served the foregoing **Plaintiff's Production Request to Defendant Franconia Minerals Corporation** to all counsel of record by sending copies to the above-named attorney by electronic mail.

By: /s Keith L. Davidson_____
Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.  08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

**PRODUCTION REQUEST TO DEFENDANT FRANCONIA MINERALS CORPORATION**

Now comes the plaintiff, by his attorney KEITH L. DAVIDSON and, pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests defendant Franconia Minerals Corporation to produce the following documents and materials:

1. Any and all written communications, if any, between plaintiff and defendant, including but not limited to any in which plaintiff resigned, or indicated that he was terminating or would terminate or might terminate his serviced, under his consulting agreement with defendant, including but not limited to any and all letters, facsimiles, e-mails, or other forms of written communication.

2. Any and all letters, memoranda, e-mails, and other internal records of defendant indicating that plaintiff had resigned, or was terminating or would or might terminate, his services under his consulting agreement with defendant.

3.   Any and all performance evaluations of plaintiff.

4.   Any and all invoices submitted by plaintiff to defendant.

              /s Keith L Davidson_____
               Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
Two North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 419-0544