IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM ROWELL ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2517 |
| ) | |
| v. ) | |
| ) | Judge Castillo |
| FRANCONIA MINERALS CORPORATION ) | Magistrate Judge Brown |
| a foreign corporation ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS
ON THE BASIS OF *FORUM NON CONVENIENS*** 

Defendant states as follows in support of its Motion to Dismiss on the Basis of *Forum Non Conveniens:*

1. Defendant respectfully requests that this case be dismissed for re-filing in Canada pursuant to the doctrine of *forum non conveniens* because:

- The Court will have to apply the "laws of the Province of Alberta and the federal laws of Canada" in construing the stock option plans at issue in this case;

- The dispute involves stock options in a Canadian corporation whose stock is traded publicly on the Toronto Stock Exchange;

- The Plaintiff and Defendant are both Canadian citizens;

- Plaintiff's damages theory is based upon calculating losses in Canadian dollars; and

- The events giving rise to the lawsuit occurred in Toronto, Canada at a meeting among Canadian geologists.

2. In further support for Defendant's position, it has filed contemporaneously Defendant's Memorandum of Law In Support of Its Motion To Dismiss on the Basis of *Forum Non Conveniens.*

Wherefore, Defendant respectfully requests that this case be dismissed in its entirety pursuant to the doctrine of *forum non conveniens* for refilling in Canada.

Dated June 14, 2008                    FRANCONIA MINERALS CORPORATION


                              By:     /s/ David J. Fish_____
                                      One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590