IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | Case No.    08 CV 2517 |
| | ) | |
| v. | ) | |
| | ) | Judge Castillo |
| FRANCONIA MINERALS CORPORATION, | ) | |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF MOTION</u>

TO:    Keith L. Davidson
       Law Offices of Keith L. Davidson
       Two North LaSalle Street, Suite 1600
       Chicago, IL 60602

PLEASE TAKE NOTICE that on June 24, 2008 at 9:45 a.m. I shall present the attached **Defendant's Motion to Dismiss on the Basis of *Forum Non Conveniens*** and **Defendant's Memorandum of Law in Support of Its Motion to Dismiss on the Basis of *Forum Non Conveniens*,** before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

Dated June 16, 2008                    FRANCONIA MINERALS CORPORATION


By:    /s/ David J. Fish_____
       One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590

## <u>CERTIFICATE OF SERVICE</u>

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Defendant's Motion to Dismiss on the Basis of *Forum Non Conveniens*** and **Defendant's Memorandum of Law in Support of Its Motion to Dismiss on the Basis of *Forum Non Conveniens*** on the following party via electronic mail on June 16, 2008.

Keith L. Davidson
Law Offices of Keith L. Davidson
Two North LaSalle Street, Suite 1600
Chicago, IL 60602

FRANCONIA MINERALS CORPORATION

By:  /s/ David J. Fish
One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590