UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Rowell
                                       Plaintiff,

v.                                            Case No.: 1:08–cv–02517
                                                      Honorable Ruben Castillo

Franconia Minerals Corporation
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Settlement conference reset to 7/1/2008 at 4:00 p.m. Defendant's motion to dismiss [21] is entered and continued to 7/1/2008 at 4:00 p.m. Motion hearing and settlement conference set for 6/24/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.