IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL,         )<br>                              )<br>        Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )  No. 08 C 2517<br>FRANCONIA MINERALS CORPORATION, )  Judge Castillo<br>a foreign corporation  )  Judge Magistrate Brown<br>                              )<br>        Defendant.         )<br>                              ) | |

## NOTICE OF MOTION

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

PLEASE TAKE NOTICE that on July 1, 2008 at 4:00 p.m. I shall present the attached **Plaintiff's Motion For Leave To File Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss on the Basis of *Forum Non Conveniens*,** before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

By: /s Keith L. Davidson
    Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIObjectIdR ROWELL,  ) | |

WILLIAM ROWELL                             )
                                           )
            Plaintiff,                     )
                                           )
    v.                                     )
                                           )   No. 08 C 2517
FRANCONIA MINERALS CORPORATION,            )   Judge Castillo
a foreign corporation                      )   Judge Magistrate Brown
                                           )
            Defendant.                     )
                                           )

## CERTIFICATE OF SERVICE

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

I certify that on June 23, 2008, I served the foregoing **Motion for Leave to File Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss on the Basis of *Forum Non Conveniens*** to all counsel of record by sending copies to the above-named attorney by electronic mail.

                                    By: /s Keith L. Davidson_____
                                        Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544