IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL, </br></br>  Plaintiff, </br></br> v. </br></br> FRANCONIA MINERALS CORPORATION, </br> a foreign corporation </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 08 C 2517 </br> ) Judge Castillo </br> ) Judge Magistrate Brown </br> ) </br> ) </br> ) |

## NOTICE OF MOTION

TO:  David J. Fish
     The Fish Law Firm, P.C.
     1770 N. Park Street, Suite 202
     Naperville, IL 60563

PLEASE TAKE NOTICE that on Wednesday, July 2, 2008 at 9:45 a.m. I shall present the attached **Plaintiff's Motion For Leave To File Its Second Amended Complaint,** before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

By: /s Keith L. Davidson<br>Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIOAM ROWELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCONIA MINERALS CORPORATION, )<br>a foreign corporation )<br>)<br>Defendant. )<br>) | No. 08 C 2517<br>Judge Castillo<br>Judge Magistrate Brown |

**CERTIFICATE OF SERVICE**

TO:    David J. Fish
       The Fish Law Firm, P.C.
       1770 N. Park Street, Suite 202
       Naperville, IL 60563

I certify that on June 25, 2008, I served the foregoing **Plaintiff's Motion for Leave to File Its Second Amended Complaint** to all counsel of record by sending copies to the above-named attorney by electronic mail.

                                               By: /s Keith L. Davidson_____
                                                    Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544