IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.  08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Judge Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO:  David J. Fish
     The Fish Law Firm, P.C.
     1770 N. Park Street, Suite 202
     Naperville, IL 60563

PLEASE TAKE NOTICE that on Wednesday, July 2, 2008 at 9:45 a.m. I shall present the attached **Plaintiff's Motion For Leave To File a Corrected Version of Its Second Amended Complaint,** before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

By: /s Keith L. Davidson
Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.  08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Judge Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

I certify that on June 26, 2008, I served the foregoing **Plaintiff's Motion for Leave to File a Corrected Version of Its Second Amended Complaint** to all counsel of record by sending copies to the above-named attorney by electronic mail.

By: /s Keith L. Davidson_____
Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544