UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Rowell
                               Plaintiff,

v.                                           Case No.: 1:08–cv–02517
                                                  Honorable Ruben Castillo

Franconia Minerals Corporation
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

     MINUTE entry before the Honorable Ruben Castillo:The Court will hear Plaintiff's motion for leave to file a second amended complaint [31] on 7/1/2008 at 9:30 AM. Motion hearing set for 7/2/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.