# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2517 | **DATE** | 6/27/2008 |
| **CASE TITLE** | William Rowell vs. Franconia Minerals Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file second amended complaint [29] and motion for leave to file a corrected version of its second amended complaint [31] are granted. Motion hearing set for 7/1/2008 is vacated. Defendants' pending motion to dismiss on the basis of forum non conveniens [21] is entered and continued to 7/21/2008 at 4:30 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|