IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | Case No.    08 CV 2517 |
| | ) | |
| v. | ) | |
| | ) | Judge Castillo |
| FRANCONIA MINERALS CORPORATION, | ) | |
| a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### <u>NOTICE OF MOTION</u>

TO:    Keith L. Davidson
       Law Offices of Keith L. Davidson
       Two North LaSalle Street, Suite 1600
       Chicago, IL 60602

PLEASE TAKE NOTICE that on July 16, 2008 at 9:45 a.m. I shall present the attached **Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint on the Basis of *Forum Non Conveniens* and Pursuant to Rule 12(b)(6)** and **Defendant's Memorandum of Law in Support of Motion to Dismiss**, before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

Dated July 10, 2008            FRANCONIA MINERALS CORPORATION

By:    /s/ David J. Fish_____
       One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint on the Basis of *Forum Non Conveniens* and Pursuant to Rule 12(b)(6)** and **Defendant's Memorandum of Law in Support of Motion to Dismiss,** on the following party via electronic mail on July 10, 2008.

> Keith L. Davidson
> Law Offices of Keith L. Davidson
> Two North LaSalle Street, Suite 1600
> Chicago, IL 60602

> FRANCONIA MINERALS CORPORATION

> By: _/s/ David J. Fish_____
> One of its Attorneys

David J. Fish
THE FISH LAW FIRM, P.C.
1770 N. Park Street, Suite 202
Naperville, IL 60563
(630) 355-7590