**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William Rowell

                         Plaintiff,

v.                                                  Case No.: 1:08–cv–02517
                                                       Honorable Ruben Castillo

Franconia Minerals Corporation

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Defendant's motion to dismiss [36] is entered and continued to 7/21/2008 at 4:30 PM. Motion hearing set for 7/16/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.