UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Rowell
                              Plaintiff,

v.                                                           Case No.: 1:08–cv–02517
                                                                           Honorable Ruben Castillo

Franconia Minerals Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/21/2008. The Court concludes that this lawsuit can not be settled until it rules on the defendant's pending motion to dismiss. Plaintiff is given until 7/30/2008 to respond to Defendant's motion to dismiss Plaintiff's second amended complaint on the basis of forum non conveniens and pursuant to Rule 12(b)(6) [36]. Defendant's reply will be due on or before 8/11/2008. The Court will rule by mail. Defendant's motion to dismiss [21] is denied as moot. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.