IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ROWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.  08 C 2517 |
| FRANCONIA MINERALS CORPORATION, ) | Judge Castillo |
| a foreign corporation ) | Judge Magistrate Brown |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO:   David J. Fish
      The Fish Law Firm, P.C.
      1770 N. Park Street, Suite 202
      Naperville, IL 60563

PLEASE TAKE NOTICE that on August 6, 2008 at 9:45 a.m. I shall present the attached **Plaintiff's Motion to Compel Defendant to Fully and Responsively Answer Plaintiff's Interrogatories,** before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

By: /s Keith L. Davidson
Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 2517 |
| FRANCONIA MINERALS CORPORATION, | ) | Judge Castillo |
| a foreign corporation | ) | Judge Magistrate Brown |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

TO:  David J. Fish
     The Fish Law Firm, P.C.
     1770 N. Park Street, Suite 202
     Naperville, IL 60563

I certify that on August 1, 2008, I served the foregoing **Plaintiff's Motion to Compel Defendant to Fully and Responsively Answer Plaintiff's Interrogatories** to all counsel of record by sending copies to the above-named attorney by electronic mail.

By: /s Keith L. Davidson_____
Attorney for Plaintiff

Keith L. Davidson
**Law Offices of Keith L. Davidson**
2 N. LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 419-0544