UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Rowell
                                  Plaintiff,

v.                                                    Case No.: 1:08–cv–02517
                                                    Honorable Ruben Castillo

Franconia Minerals Corporation
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

       MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion for leave to file instanter a surreply to defendant's motion to dismiss the second amended complaint [48] is granted without objection. Motion hearing set for 8/19/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.